United States District Court
Southern District of Texas

**ENTERED**
January 09, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

**Malibu Media, LLC.,**              §
                                                    §
vs.                                               §      C.A. No. H-18-2033
                                                    §
**Peter Winther,**                       §

## ORDER STRIKING DOCUMENT

The Clerk has filed Plaintiff's Fourth Motion for Extension of Time Within Which it has to Effectuate Service on Defendant (Doc. # 21), however, it is deficient as checked. (L.R. refers to the Local Rules of this District.)

1.  [  ]   Document is not signed. (LR11.3)

2.  [  ]   Document does not comply with LR11.3.A.(1) through (6)

3.  [  ]   Caption of the document is incomplete. (LR10.1)

4.  [  ]   No certificate of service nor explanation why service is not required. (LR5.4)

5.  [  ]   Motion does not comply with LR7.

    a.  [  ]   No statement of opposition or non-opposition. (LR7.2)
    b.  [  ]   No statement of conference between all counsel. (LR7.1.D(1))
    c.  [  ]   No separate proposed order attached. (LR7.1C)

6.  [  ]   Motion to consolidate does not comply with LR7.6.

7.   [ X ]   Document must be in 14 point font. (Reference: Judge Hittner's procedure manual.)

8.   [   ]   Other:

The document is stricken.

Date:  \_\_\_\_1/9/19_____

_____
David Hittner
United States District Judge